# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HOVIK MANKYAN,

          Petitioner,

   v.

JOHN SOTO, Warden,

          Respondent.

**Case No. CV 13-03615 GHK (RAO)**

**JUDGMENT**

     Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED:  12/2/15

_____

GEORGE H. KING

UNITED STATES DISTRICT JUDGE